HEATHER E. WILLIAMS, Bar #122664
Federal Defender
LAURA MYERS, IL Bar #6338417
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721
Tel: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
DARRELL E PRETZER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:23-po-00031-SAB |
|---|---|
| Plaintiff, | **ORDER FOR RELEASE** |
| vs. | |
| DARRELL E PRETZER, | |
| Defendant. | |

IT IS HEREBY ORDERED that defendant Darrell Pretzer (Fresno County Jail Inmate No. 7098994) shall be immediately released on Case No. 1:23-po-00031-SAB. Mr. Pretzer was arrested on February 21, 2024, and thereafter sentenced to 14 days of imprisonment. As he has completed his sentence of imprisonment, the Court orders Mr. Pretzer released as to this case only. This Order does not affect any other holds or detainers.

IT IS SO ORDERED.

Dated:  **March 7, 2024**

UNITED STATES MAGISTRATE JUDGE